| | |
|---|---|
| PAUL ANTHONY NATHAN,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:17-cv-05780-MAT<br><br><br><br>[~~PROPOSED~~] ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will:

(1) further evaluate the opinion evidence, including the State agency opinions of Renee Eisenhauer, Ph.D., and Thomas Clifford, Ph.D.;

(2) further evaluate Plaintiff's residual functional capacity;

(3) continue with the sequential evaluation process, reevaluating Plaintiff's ability to perform past relevant work and/or other work, and obtaining, if warranted, supplemental vocational evidence; and

Page 1      ORDER - [3:17-cv-05780-MAT]

(4) issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 15th day of February, 2018.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov